**Opinion issued March 4, 2025**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-25-00119-CV

—————————————

## IN RE NATALIYA ALLEN, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Nataliya Allen[1] filed a petition for writ of mandamus, challenging the trial court's denial of her motion to enforce the arbitration award and request for temporary restraining order. Relator also filed a motion to stay.

---

[1] The underlying case is *In re the Estate of James Perry Allen, Jr.*, cause number 8916, pending in the County Court of Grimes County, Texas, the Honorable Tuck Moody McLain presiding.

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.